IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINTFLY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JWT PRODUCTIONS, INC. d/b/a THREAD LOGIC and ROI REVOLUTION, INC, <br><br> Defendants. | CIVIL ACTION <br> NO. 25-0030 |

## ORDER

**AND NOW**, this 4th day of November 2025, upon consideration of Defendant ROI Revolution, Inc's Motion to Dismiss the Amended Complaint (Doc. No. 13), Plaintiff's Response in Opposition (Doc. No. 19), Defendant ROI Revolution, Inc's Reply (Doc. No. 25), the arguments of counsel for the parties at the hearing held on the record on September 15, 2025, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant ROI Revolution, Inc's Motion to Dismiss the Amended Complaint (Doc. No. 13) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.